# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL RAZAK ALI, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Case No. 10-1020 (RJL) |
| | ) |
| BARACK H. OBAMA,[1] *et al.*, | ) |
| | ) |
| Respondents. | ) |

## FINAL JUDGMENT
### (March 9, 2011)

For the reasons set forth in this Court's public Memorandum Order of January 11, 2011 and for the reasons set forth in this Court's Classified Memorandum Opinion of February 28, 2011, it is hereby

**ORDERED** that Petitioner Ali's petition for a writ of habeas corpus is **DENIED**.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), if a public officer named as a party to an action in his official capacity ceases to hold office, the court will automatically substitute that officer's successor. Accordingly, the Court substitutes Barack H. Obama for George W. Bush.